CHAUNCEY H. CLARK, Respondent, *v.* EZRA HODGKINS, Appellant.

(Argued June 4, 1879 ; decided June 17, 1879.)

*Samuel Hand* for appellant.

*Stephen R. Pratt* for respondent.

AGREE to affirm without opinion.

All concur, except FOLGER, J., absent, and ANDREWS, J., not voting.

Judgment affirmed.